**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VU PHAN, | ) | CASE NO. SA CV 11-01525 TJH (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| ERIC HOLDER, ATTORNEY GENERAL, ET AL., | ) ) ) | |
| Respondents. | ) | |

This matter came before the Court on the Petition of VU PHAN for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed as moot and the action dismissed without prejudice.

DATED: March 1, 2012

*Terry J. Hatter, Jr.*

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE